AO 245B-CAED(Rev. 11/2016) Sheet 1 - Amended Judgment in a Criminal Case　　　(NOTE: Identify Changes with Asterisks*)

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | AMENDED JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Case Number: **6:17PO00600-001** |
| **EDWIN F LOPEZ** | Defendant's Attorney: Brian Abbington, Assistant Federal Defender |

**Date of Original Judgment:**　**June 20, 2018**
(Or Date of Last Amended Judgment)

**Reason for Amendment:**

[ ] Correction of Sentence on Remand ( 18 U.S.C. 3742(f)(1) and (2))
[ ] Reduction of Sentence for Changed Circumstances (Fed R. Crim. P. 35(b))
[ ] Correction of Sentence by Sentencing Court (Fed R. Crim. P. 35(a))
[ ] Correction of Sentence for Clerical Mistake (Fed R. Crim. P. 36)

[ ] Modification of Supervision Conditions (18 U.S.C. § 3563(c) or 3583(e))
[ ] Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))
[ ] Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
[ ] Direct Motion to District Court Pursuant to [ ] 28 U.S.C. §2255, [ ] 18 U.S.C. §3559(c)(7), [ ] Modification of Restitution Order

**THE DEFENDANT:**
[✓] pleaded guilty to citation __6810455__ of the Violation.
[ ] pleaded nolo contendere to count(s) ___ , which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature Of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| CFR §4.2, CVC 14601.2 | Driving while license is suspended for a DUI. | May 28, 2017 | 6810455 |

　　　The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___ .
[✓] Citation __6810456__ is dismissed on the motion of the United States.
[ ] Indictment is to be dismissed by District Court on motion of the United States.
[ ] Appeal rights given.　　　　　[✓] Appeal rights waived.

　　　It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States attorney of material changes in economic circumstances.

6/20/2018
Date of Imposition of Judgment

/s/ Jeremy D. Peterson
Signature of Judicial Officer

**Jeremy D. Peterson**, United States Magistrate Judge
Name & Title of Judicial Officer

6/26/2018
Date

AO 245B-CAED(Rev. 11/2016) Sheet 4 - Misdemeanor Probation

DEFENDANT: **EDWIN F LOPEZ**
CASE NUMBER: **6:17PO00600-001**

Page 2 of 2

## PROBATION

The defendant is hereby sentenced to probation for a term of: 36 months .

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The defendant's probation shall be unsupervised by the probation office.
2. The defendant is ordered to obey all federal, state, and local laws.
3. The defendant shall notify the court and the government officer within seven days of any change in the defendant's address. If represented, the defendant shall provide such notice through counsel.
4. The defendant shall pay a fine of $1160.00, a processing fee of $30.00, and a special assessment of $10.00, for a total financial obligation of $1200.00, which shall be paid at the rate of $50.00 per month, commencing on 7/23/018, and each month thereafter by the 23rd of the month until paid in full on or before 8/23/2020. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to:

    CENTRAL VIOLATIONS BUREAU
    PO BOX 71363
    Philadelphia, PA 19176-1363
    1-800-827-2982

5. The defendant is ordered to personally appear for 3 Probation Review Hearings on 7/17/2019, 6/17/2020, and 5/18/2021, at 10:00 am before U.S. Magistrate Judge Peterson. If the defendant is in compliance with the terms of probation, he may request that the Probation Review Hearings be vacated. If represented, the defendant shall make any such request through counsel. A status report regarding the defendant's performance on probation is due on 4/18/2021.
6. The defendant shall notify the court and the government officer within seven days of any change in defendant's economic circumstances that might prevent the defendant from making all payments required in condition four above.
7. The defendant shall advise the court and the government officer within seven days of being cited or arrested for any alleged violation of law. If represented, the defendant shall provide such notice through counsel.
8. The defendant shall attend AA 1 time weekly for the first 12 months of probation and file sworn proof of attendance to the court and government officer, if represented.