HEATHER E. WILLIAMS, SBN #122664
Federal Defender
DAVID HARSHAW, KYSBN # 86435
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-6666x7312
Fax: (916) 498-6656
david_harshaw@fd.org

Attorneys for Defendant
EDWIN F. LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6-17-po-00600-JDP |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF PROBATION AND VACATE REVIEW HEARING** |
| vs. | |
| EDWIN F. LOPEZ, | |
| Defendant. | |

Come the parties stipulating to the modification of the terms of the Defendant's probation. Mr. Lopez is current on his installment payments of his fine. However, Mr. Lopez in the past year has only attended 40 of the 52 AA meetings this Court ordered him to attend. Mr. Lopez failed to go to the prescribed number of meetings because he needed to take a second job to meet his financial obligations, which include both state and federal fines.

In consideration of his substantial performance and his financial hardship, the parties stipulate that the conditions of probation can equitably be modified to require Mr. Lopez to attend the remaining 12 AA meetings in the next six months. Mr. Lopez has been sober since 2016.

The parties also stipulate to the vacation of the review hearing currently scheduled for August 13, 2019. Mr. Lopez has two further review hearings in the coming years.

-1-

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 22, 2019  /s/ David Harshaw
DAVID HARSHAW
Assistant Federal Defender
Attorneys for Defendant
EDWIN F. LOPEZ

Date: July 22, 2019  MCGREGOR W. SCOTT
United States Attorney

/s/ Susan St. Vincent
SUSAN ST. VINCENT
Yosemite Legal Officer
Attorney for Plaintiff

# **O R D E R**

The court, being sufficiently advised, **ORDERS** that the conditions of defendant's probation in Case No. 6:17-po-00600-JDP be modified to include the term that defendant go to 12 AA meetings in the six months following the date of this order. Defendant must provide proof of attendance to the government through his counsel.

Also, the review hearing scheduled for August 13, 2019 is vacated. The review hearings of June 17, 2020 and May 18, 2021 remain in place.

IT IS SO ORDERED.

Dated:  July 31, 2019

UNITED STATES MAGISTRATE JUDGE