HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
BENJAMIN A. GERSON, NY BAR #5505144
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
EDWIN LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:17-po-00600-JDP |
|---|---|
| Plaintiff, | **STIPULATION TO WAIVE CVB LATE FEES** |
| vs. | |
| EDWIN LOPEZ, | |
| Defendant. | |

The parties, through their respective counsel, Sean Anderson, Legal Officer, Yosemite National Park, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Edwin Lopez, hereby stipulate and jointly move this Court to waive any outstanding late fees accrued to Mr. Lopez.

On June 21, 2018, Mr. Lopez pleaded guilty to one count of driving with a suspended license.  The honorable Jeremy D. Peterson sentenced Mr. Lopez to pay a fine and special assessments totaling $1,200.00, payable in full by August 23, 2020. Mr. Lopez paid $1,200.00 to the Central Violations Bureau by August 6, 2020.  However, he has accumulated late fees because the original sentence specified a monthly payment schedule, which Mr. Lopez had difficulty meeting due to the COVID-19 pandemic.

Mr. Lopez contacted the office of the Federal Defender in April 2020 because he was laid off and would not be able to make his obligatory payment that month.  Mr. Lopez then resumed

payment, discharging the full fine amount prior to the required date set by this court. He has demonstrated bona fide efforts to comply with his obligations. The imposition of late fees in this case is unnecessary as the fine was paid in its entirety by the due date, despite a minor irregularity caused by the pandemic. The undersigned respectfully moves the court to waive all late fees. The government does not object.

                    Respectfully submitted,

                    McGREGOR W. SCOTT
                    United States Attorney

Dated:   September 4, 2020      */s/ Sean Anderson*
                    SEAN ANDERSON
                    Acting Legal Officer
                    National Park Service
                    Yosemite National Park


                    HEATHER E. WILLIAMS
                    Federal Defender

Dated: September 4, 2020      */s/ Benjamin A. Gerson*
                    BENJAMIN A. GERSON
                    Assistant Federal Defender
                    Attorney for Defendant
                    EDWIN LOPEZ

**ORDER**

Based on the parties' joint representation, all late fees in case 6:17-po-00600-JDP are waived.

IT IS SO ORDERED.

Dated:   September 4, 2020

_____
UNITED STATES MAGISTRATE JUDGE